# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

### JUDGMENT IN A CIVIL CASE

Jesse A. Bell,

    Plaintiff,

    V.           Case No. 18-03141-CV-S-MDH-P

Timothy Good, et al.,

    Defendants,

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: ORDERED that this case is dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with the Court's order pursuant to Federal Rule of Civil Procedure 41(b). Any motion to reopen the case must be filed within a reasonable time and must comply with the Court's previous order.

Entered on: June 1, 2018.

                                                                   PAIGE WYMORE-WYNN
                                                                   CLERK OF COURT

                                                                   /s/ T. Richard
                                                                   (By) Deputy Clerk